

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA FOSTER | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE | : | NO. 07-1138 |

### ORDER

**AND NOW**, this 16th day of October, 2007, upon consideration of Plaintiff's Request for Review (Docket No. 5) and Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, to which the parties have filed no objections, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Claimant's Request for Review is **GRANTED IN PART** and the matter is remanded for the compilation of further evidence from medical professionals on the subject of Foster's physical and medical impairments.

3. In all other respects, the Claimant's Request for Review is **DENIED**.

BY THE COURT:

John R. Padova, J.